NUMBER 13-97-00196-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

TIM STURM, INDIVIDUALLY, AND D/B/A

CENTERRA TUBULAR COMPANY, Appellant,


v.



TUBULAR INSPECTORS, INC., Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 4


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION



 Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on May 29, 1997, due to the bankruptcy of
one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. 
Since the abatement there has been no activity in this appeal. On April 16, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellee responded to the order by filing a motion to dismiss, advising the Court that
appellant was discharged in bankruptcy. Accordingly, appellee's motion to dismiss is
GRANTED and the appeal is hereby DISMISSED. Costs will be taxed against appellant.
See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant."). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 4th day of June, 2009.